# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KENNETH HUDGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:20-cv-1074-JRS-MPB |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| INDIANAPOLIS METROPOLITAN | ) | |
| POLICE DEPARTMENT, MARION | ) | |
| COUNTY SHERIFF KERRY | ) | |
| FORESTAL, WELLPATH, LLC., ` | ) | |
| MICHEAL WINSTON, JOHN LY, | ) | |
| ERNEST WESLEY, MICHAEL HARMON | ) | |
| JACQUELINE PIEKARZ, | ) | |
| and JEFFERY PETERSON. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

The Plaintiff, by counsel, alleges against Defendants that:

1. Plaintiff is Kenneth Hudgins who is currently located at Putnamville Correctional Facility, Location: 17S C37 Bottom, 1946 West US 40, Greencastle, IN 46135.

2. Defendants include: the City of Indianapolis, the Indianapolis Metropolitan Police Department, and Marion County Sheriff Kerry Forestal. These Defendants were served a Notice of Tort Claim dated September 18, 2019, which is attached hereto and made a part hereof as Exhibit A.

3. Also named as a Defendant is Wellpath LLC, d/b/a Correct Care Solutions, a company doing business at 1283 Murfreesboro Pike, Suite 500, Nashville TN, 37217. Its registered

1

agent is Corporate Creations Network Inc., 8520 Allison Pointe Blvd. #220, Indianapolis, IN 46250. At all material times to this Complaint, this Defendant along with the Marion County Sheriff, denied the Plaintiff reasonable and adequate medical care during his incarceration in the Marion County Jail, violating the Plaintiff's rights under the Fourth and/or Fourteenths Amendments of the United States Constitution, 42 U.S.C. § 1983, and the laws a public policy of the state of Indiana.

4. Additional Defendants are Deputies Michael Winston, Deputy Ernest Wesley, Officer Jacqueline Piekarz, and Officer Michael Harmon, Sgt. Jeffery Peterson, Officer John Ly, who are each named in their individual capacity pursuant to 42 U.S.C. § 1983. The Defendants and each of them, were acting within scope of their employment and under color of law when they subjected the Plaintiff to excessive and unreasonable force in violation of his rights under the Fourth Amendment to the United States Constitution, 42 U.S.C. § 1983. In the alternative, these Defendants and each of them stood by while the Plaintiff was subjected to excessive and unreasonable force by fellow members of law enforcement, but failed to intervene on the Plaintiff's behalf in spite of having a reasonable opportunity to do so.

5. Plaintiff was arrested on or about June 9, 2019 and was taken to Eskenazi Hospital in Indianapolis, IN. During the initial arrest, Indianapolis Metropolitan Police personnel / law enforcement personnel of the City of Indianapolis - Officer Jacqueline Piekarz, Officer Michael Harmon, Sgt. Jeffery Peterson, Officer John Ly, and John Does/Jane Does tackled, tased, beat the Plaintiff, and placed him in over-tight handcuffs.

6. At the hospital, while Plaintiff was still in handcuffs, several deputy sheriffs of the Marion

County Police Department including Defendants Winston and Wesley, attacked and hit the Plaintiff, striking his face and body. Plaintiff was still handcuffed too tightly. Plaintiff's left hand was fractured and swollen.

7. Plaintiff was taken to the Marion County Police Department/Jail and was incarcerated for approximately three (3) weeks without being treated for his broken/fractured left hand/wrist. Plaintiff requested a bottom bunk because of his hand/wrist injury, as he could not use his left hand/wrist to climb into the top bunk. The Marion County Sheriff did not respond and/or approve his request for accommodations for a lower bunk. After getting out of the Marion County Jail, Plaintiff was diagnosed with a fractured left wrist/hand which had healed incorrectly, and Plaintiff was required to see a hand specialist for additional medical care.

8. Plaintiff alleges that the individually named Defendant law enforcement officers, and each of them, including Winston and Wesley, Officer Jacqueline Piekarz, and Officer Michael Harmon, Sgt. Jeffery Peterson, Officer John Ly and each of them, used excessive force in violation of Plaintiff's rights to be free from unreasonable seizure, violating rights secured to the Plaintiff under the Fourth Amendment of the United States Constitution. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 in that the individual officers were acting as persons under color of law and at all times the officers were acting pursuant to the laws, rules, and regulations of the Marion County Police Department, the City of Indianapolis, and the State of Indiana.

9. In the alternative, the individually named Defendants Winston and Wesley, Officer Jacqueline Piekarz, and Officer Michael Harmon, Sgt. Jeffery Peterson, Officer John Ly

and each of them are liable to the Plaintiff for the excessive force based upon bystander liability, because they stood by while the Plaintiff was subjected to excessive and unreasonable force by fellow members of law enforcement, but failed to intervene on the Plaintiff's behalf in spite of having a reasonable opportunity to do so.

10. Plaintiff alleges that the Marion County Sheriff (in his representative and official capacity) and Wellpath LLC (in its official and representative capacity), denied Plaintiff appropriate, reasonable, and adequate medical care for his serious health condition to-wit, a broken left hand/wrist which was left unattended for approximately three (3) weeks while Plaintiff was in the Marion County Jail during which time his left hand/wrist healed improperly, requiring Plaintiff to seek further additional medical care when he was released from jail. Individual law enforcement officers/jail guards at the Marion County Jail, and Jail medical staff employed by Wellpath LLC, denied Plaintiff his right to appropriate and adequate medical care secured under the Fourth and Fourteenth Amendments of the United States Constitution and 42 U.S.C. § 1983.

11. The denial of adequate medical care was also a denial of reasonable medical care. The Sheriff and Wellpath LLC are liable for the careless and negligent denial of reasonable medical care to which their employees at the Marion County Jail also subjected the Plaintiff, under the doctrine of *respondeat superior*.

12. The Sheriff, City of Indianapolis and Indianapolis Metropolitan Police Department are liable for the state tort batteries committed by their employees against the Plaintiff during his initial arrest, and/or at the hospital pursuant to the doctrine of *respondeat superior*.

13. As a direct and proximate result of Defendants' constitutional and state tort violations,

Plaintiff suffered physical pain, mental suffering, emotional distress, mental anguish, and other damages and injuries.

14. The actions of the Defendants and each of them were intentional and in reckless disregard of Plaintiff's federally protected civil rights and the tort laws of the State of Indiana. The actions of the individual officers in beating and striking the Plaintiff at Eskenazi Hospital constituted battery and make their employees liable under the doctrine of *respondeat superior*.

15. Plaintiff requests compensatory damages and punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
Email: cmyers@myers-law.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby swears and affirms that a true and correct copy of the above was served by deposit in the United States Mail, postage prepaid, CM/ECF or by some other approved method on this 4th day of December 2020 addressed to:

Elise C.L. Bowling, #33933-45
Office of Corporate Counsel
200 East Washington Street, Room 1601
Indianapolis, IN 46204

                                                ___/s/ Christopher C. Myers_____
                                                    Christopher C. Myers